UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL MULLEN,

Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

Defendant.
_________________________________/

Case No. 1:18−cv−00548−PLM−RSK

Hon. Paul L. Maloney

**NOTICE REGARDING ASSIGNMENT OF CASE AND NOTICE OF DEFICIENCY**

NOTICE is hereby given that the above−captioned case was removed from Ingham County Circuit Court, and electronically filed in this court on May 16, 2018 . The case has been assigned to Paul L. Maloney .

The filing party has failed to submit a **corporate disclosure statement** as required by FRCP 7.1. Counsel is required to file this form, even if there is no corporate affiliation to disclose, for every corporate party. A form for this purpose is available on the court website at www.miwd.uscourts.gov.

CLERK OF COURT

Dated: May 17, 2018

By: /s/ C. Wenners
Deputy Clerk